# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| Brandon T. Matney, | 4:18-cv-02642-CMC |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Wells Fargo Bank, National Association, | |
| Defendant. | |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties hereby stipulate that the above-captioned civil action is dismissed, with prejudice. The parties further stipulate that each party hereto shall be responsible for that party's own costs and attorneys' fees arising out of this case.

*s/William A. Bryan*

William A. Bryan, Esquire Fed ID 1550
Bryan & Haar
PO Box 14860
Surfside Beach, SC  29587
Telephone: (843) 238-3461
Email: BillBryan@bryanandhaar.net

*ATTORNEYS FOR PLAINTIFF*

*s/John C. Hawk, IV*

John C. Hawk, IV, Esquire Fed ID 9853
S. Sterling Laney, Esquire, Fed ID 3255
Womble Bond Dickinson (US) LLP
5 Exchange Street
Charleston, SC  29401
Telephone: (843) 722-3400
Email: John.Hawk@wbd-us.com
Sterling.Laney@wbd-us.com
Thomas.Cull@wbd-us.com

*ATTORNEYS FOR DEFENDANT*